IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CR-489-WKW |
| | ) | [WO] |
| ROYZELL LIGON, JR. | ) | |

# **ORDER**

Defendant was committed for the purpose of undergoing a psychological examination pursuant to 18 U.S.C. §§ 4241(b), 4242(a), and 4247(b) and (c). (Doc. # 37.) Having completed the examination, the psychologist concludes that Defendant's "current mental state will likely impair his ability to rationally consult with counsel or conform his behavior to the courtroom." (Doc. # 54, at 12.) The psychologist recommends that, if the court finds that Defendant is incompetent, it order that Defendant be committed to a Bureau of Prisons facility in an attempt to restore his competency. (Doc. # 54, at 12.)

Based on the findings and recommendations of the examining psychologist, it is ORDERED as follows:

(1) The parties are DIRECTED to file a Notice on or before **September 23, 2019**, stating whether they object to any of the findings and recommendations and, if so, the grounds;

(2) Defendant shall remain in the custody of the Bureau of Prisons at the Federal Correctional Complex, Butner, North Carolina (or such other Bureau of Prisons' mental health facility) pending the court's determination of his competency.

(3) Pursuant to 18 U.S.C. § 4241(a), an on-the-record competency hearing is SET for **October 24th, 2019, at 10:00 a.m.**, in Courtroom 2B of the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama, with Defendant and his counsel attending by video conference from the Federal Correctional Complex, Butner, North Carolina (or such other Bureau of Prisons' mental health facility). Counsel for Defendant will coordinate with the courtroom deputy and the court's IT department to make the necessary arrangements for the video conference. The Clerk of the Court is DIRECTED to provide a court reporter for the hearing.

(4) If Defendant is found to be incompetent at the hearing, the court will immediately proceed during that hearing to consider restoration of Defendant's competency pursuant to 18 U.S.C. § 4241(d).

(5) The Clerk of the Court is DIRECTED to provide copies of this Order to all counsel of record and the United States Marshal.

DONE this 13th day of September, 2019.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE