IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CR-489-WKW |
| | ) | [WO] |
| ROYZELL LIGON, JR. | ) | |

# **ORDER**

Upon consideration of Defendant's unopposed motion to continue (Doc. # 58), it is ORDERED that the motion is GRANTED. The competency hearing scheduled for October 21, 2019, is **rescheduled to October 29, 2019, at 10:00 a.m.**

Based on the findings and recommendations of the examining psychologist, it is ORDERED as follows:

(1) Defendant shall remain in the custody of the Bureau of Prisons at the Federal Correctional Complex, Butner, North Carolina (or such other Bureau of Prisons' mental health facility) pending the court's determination of his competency.

(2) Pursuant to 18 U.S.C. § 4241(a), an on-the-record competency hearing is SET for **October 29th, 2019, at 10:00 a.m.**, in Courtroom 2B of the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama, with Defendant and his counsel attending by video conference from the Federal Correctional Complex, Butner, North Carolina (or such other Bureau of Prisons' mental health facility). Counsel for Defendant will coordinate with the courtroom

deputy and the court's IT department to make the necessary arrangements for the video conference. The Clerk of the Court is DIRECTED to provide a court reporter for the hearing.

(4) If Defendant is found to be incompetent at the hearing, the court will immediately proceed during that hearing to consider restoration of Defendant's competency pursuant to 18 U.S.C. § 4241(d).

(5) The Clerk of the Court is DIRECTED to provide copies of this Order to all counsel of record and the United States Marshal.

DONE this 9th day of October, 2019.

                                      /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE