IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CR-489-WKW |
| | ) | [WO] |
| ROYZELL LIGON, JR. | ) | |

# **ORDER**

Defendant Royzell Ligon, Jr. was committed to the custody of the Bureau of Prisons for the purpose of undergoing a psychological examination pursuant to 18 U.S.C. § 4241. On September 9, 2019, Justin Rigsbee, Ph.D., Psy.D., submitted a psychological evaluation addressing Mr. Ligon's competency to stand trial. (Doc. # 54.) On November 4, 2019, the court held a competency hearing pursuant to 18 U.S.C. § 4241(c). At the hearing, the court admitted into evidence the psychiatric report of Dr. Rigsbee.

Upon consideration of that report and the arguments made during the hearing, the court finds, by a preponderance of the evidence, that Defendant "is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(d). That conclusion is based on the report of Dr. Rigsbee, who opined, in pertinent part, that, Mr. Ligon "evidences an impaired rational understanding and an impaired rational

ability to assist counsel in his defense" and is "unable to assist properly in his defense." (Doc. # 54, at 12.)

Based upon the finding of Defendant's present incompetency to stand trial, it is ORDERED as follows:

(1) Defendant is COMMITTED to the custody of the Attorney General, who shall hospitalize Defendant for treatment in a suitable facility pursuant to 18 U.S.C. §§ 4241(d) and 4247.

(2) Not later than four months from the date of Defendant's hospitalization for additional treatment and evaluation, the examiners designated to conduct or supervise such treatment shall file with this court a report in writing summarizing the course of Defendant's attainment of mental capacity or competency to proceed in this case.

The court recommends to the Bureau of Prisons that Defendant be treated at the Federal Medical Center in Butner, North Carolina. The Clerk of the Court is DIRECTED to provide the United States Marshal certified copies of this order as may be necessary to implement its directives. The Clerk of the Court is DIRECTED to serve a copy of this Order by certified mail, return receipt, on the Complex Warden, Federal Bureau of Prisons, Federal Correctional Complex, Butner, North Carolina.

DONE this 6th day of November, 2019.

          /s/ W. Keith Watkins
         UNITED STATES DISTRICT JUDGE